UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONICAL CUTTING TOOLS, INC.,

    Plaintiff,

v

    CASE NO. 1:23-CV-39

    HON. Jane M. Beckering

SELECTIVE INSURANCE COMPANY OF AMERICA,

    Defendant.

## **STIPULATION SELECTING MEDIATOR**

It is HEREBY STIPULATED AND AGREED that two mediators have been selected to serve as Mediator for this action. Mediation shall first be conducted by the Honorable Magistrate Phillip J. Green of the United States District Court for the Western District of Michigan, who has been contacted and has agreed to serve as mediator in this case. Mediation shall be conducted in person and with authorized representatives present with settlement authority at a date to be determined later.

In the event that mediation with Magistrate Green does not result in a finalized and complete settlement of all outstanding matters and issues, the parties will agree to later mediate this case before Jeffrey Muth. Mr. Muth's contact information is as follows:

**Jeffrey G. Muth**
Miller Johnson
45 Ottawa Ave SW, Suite 1100
Grand Rapids, MI 49503
P: 616.831.1706
E: muthjg@millerjohnson.com

It is FURTHER STIPULATED AND AGREED that counsel will participate in the mediation proceedings in good faith. The parties will confer with the Mediator regarding scheduling of the mediation session and any subsequent mediation sessions (if any), bearing in mind the deadlines for completion of the mediation session and all other sessions set forth in the Court's Scheduling Order.

Dated: March 23, 2023  /s/ *Andrew A. Cascini*
Andrew A Cascini
HENN LESPERANCE PLC
*Attorney for Plaintiff*

Dated: March 23, 2023  /s/ *Drew Block*
Drew Block (w/ consent)
PLUNKETT COONEY
*Attorney for Defendant*