UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CONICAL CUTTING TOOLS, INC.,

    Plaintiff,

v.

SELECTIVE INSURANCE COMPANY OF AMERICA,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No. 1:23-cv-00039-JMB-PJG

## NOTICE OF RESCHEDULED EARLY SETTLEMENT CONFERENCE

The Early Settlement Conference set in this matter for May 10, 2023, is rescheduled to **July 11, 2023, at 9:00 a.m.** by video with Magistrate Judge Phillip J. Green. In all other respects, including the requirements regarding attendance at the conference and submission of updated confidential settlement letter, the Settlement Conference Order entered on March 30, 2023 (ECF No. 14) remains in effect. The updated confidential letters will be due three business days, via email at greenmediation@miwd.uscourts.gov, before the rescheduled conference. A zoom link will be filed on the docket three days prior to the hearing.

PHILLIP J. GREEN
United States Magistrate Judge

Date: May 17, 2023

   /s/ Jessica K. Wright
By: Jessica K. Wright, Deputy Clerk